**Motion Denied; Order filed February 16, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00487-CR
_____

## CARL JOHNSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1496943**

## ORDER

Appellant is represented by appointed counsel, Sarah Beth Landau. Appellant's brief was originally due October 31, 2016. We granted three extensions of time to file appellant's brief until January 30, 2017. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On February 7, 2017, counsel filed a motion to abate for a missing reporter's record, and sought a further extension of time to file appellant's brief. According to appellant's motion, there are two volumes of a

motion-for-new-trial-hearing held August 11, and August 16, 2016, and these parts of the record have not been filed in this court. While this motion was pending, the missing volumes of the reporter's record were filed. Appellant's motion is denied.

Accordingly, we order Sarah Beth Landau to file a brief with the clerk of this court on or before March 16, 2017. If counsel does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Wise.